UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GOWRISH BOLLUR,

                Plaintiff,

    - against -

INNERWORKINGS, INC., ET AL.,

                Defendants.

---

20-cv-6452 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the conference held on November 23, 2020, this case is dismissed without prejudice as moot. The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
           November 23, 2020

                                      John G. Koeltl
                                  United States District Judge

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 11/23/2020*